UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY CRUZ, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>C2 EDUCATIONAL SYSTEMS, INC., a foreign corporation, JW EDUCATION C2, LLC, DBA C2 EDUCATION, a California limited liability company, and DOES 1-50,<br><br>Defendants. | Case No.: 2:18-cv-05217-DSF-SS<br><br>[Assigned to Hon. Dale S. Fischer]<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO THE LOS ANGELES SUPERIOR COURT**<br><br>Date Action Filed: April 27, 2018<br>Date of Removal: June 13, 2018 |

**ORDER**

The Court, having read and considered Plaintiff Sandy Cruz's and Defendants C2 Educational Systems, Inc.'s and JW Education C2, LLC, dba C2 Education's ("Defendant") Stipulation to Remand Action to the Los Angeles Superior Court ("Stipulation"), and being so advised in the matter and finding good cause, hereby grants the stipulation and remands this lawsuit to the Superior Court for the State of California, County of Los Angeles for purposes of settlement approval and administration.

IT IS HEREBY ORDERED.

Dated: April 16, 2019

*Dale S. Fischer*
The Honorable Dale S. Fischer
United States District Judge